## Important Privacy Notice

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

- Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

- Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

- Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

KAHLID A ALEEM

DOB xx/xx/1969

Social Security xxx-xx-9072
*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Experian, LLC

Trans Union, LLC

Equifax, LLC

REC'D JAN 02 2024

## COMPLAINT

Jury Trial:  ☒ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Kahlid A Aleem |
| | Street Address | 5718 Thomas Avenue |
| | County, City | Philadelphia, |
| | State & Zip Code | Pennsylvania 19143 |
| | Telephone Number | (215) 954-0809 |

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Experian, LLC
Street Address PO Box 6790
County, City Allen
State & Zip Code Texas 75013

Defendant No. 2
Name Trans Union Consumer Solutions, LLC
Street Address PO Box 2000
County, City Chester
State & Zip Code Pennsylvania 19016-2000

Defendant No. 3
Name Equifax
Street Address PO Box 740241
County, City Atlanta
State & Zip Code Georgia 30374-0241

Defendant No. 4
Name All Creditors
Street Address
County, City
State & Zip Code

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☒ Federal Questions            ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Violation of my Fair Credit Reporting Act rights.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __US Citizen__

Defendant(s) state(s) of citizenship __US Citizen.   (Company)__

### III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Credit Report__

B. What date and approximate time did the events giving rise to your claim(s) occur? __In Or Around 2022-2023__

**What happened to you?**

C. Facts: __I noticed errors on my Credit Report- I repeatly disputed these errors, but to no avail.__

**Who did what?**

__All 3 Credit CRA's__

__Equifax, Experian and Trans Union__

**Was anyone else involved?**

__The Original Creditors. 1.Pentagon Federal Credit Union   2. ExeterFinance LLC,__
__3. Lending Club Corp   4. CCS Collections   5. American Heritage Federal Union,__

**Who else saw what happened?**

__"Creditors"__

Rev. 10/2009

- 3 -

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  Denied Credit Oppertunites, Denied Living Oppertunity, Denied Job Oppertunity.

V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I demand that these errors be immediately removed from my Credit Report, as they have Violated my FCRA rights. And $2000 USD Cash Settlement

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this  10th  day of  December                                     , 2023    .

Signature of Plaintiff  _[signature]_

Mailing Address   5805 N 13th Street
                  Philadelphia, Pennsylvania  19141

Telephone Number  (215) 954-0809
Fax Number (if you have one)
Email address   aleemkahlid@yahoo.com

